```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 08-60276-CR-ZLOCH
```

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                              **O R D E R**

FITZROY CARTER,

       Defendant.
_____/

    THIS MATTER is before the Court upon the Defendant Fitzroy Carter's Unopposed Motion To Amend Judgment And Sentence (DE 179). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that the Defendant's Unopposed Motion To Amend Judgment And Sentence (DE 179) be and the same is hereby **GRANTED** and the Judgment (DE 174) is hereby amended to add that the Court recommends a Federal facility in South Florida.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____4th____ day of March, 2009.

                                               WILLIAM J. ZLOCH
                                             United States District Judge

Copies furnished:
Jeffrey A. Neiman, Esq., AUSA
Fred Haddad, Esq.
U.S. Marshal